IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01599-OES

ROSANNA J. MATHER,

Plaintiff,

v.

DENNIS L. FLINT,

Defendant.

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff Rosanna J. Mather initiated the instant action by submitting to the Court *pro se* a complaint against Dennis L. Flint, an agent with High County Health Care in Frisco, Colorado. She asks for prejudgment and postjudgment interest as relief. She has been granted leave to proceed pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915 (Supp. 2005).

The Court must construe the complaint liberally because Ms. Mather is representing herself. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, Ms. Mather will be ordered to file an amended complaint.

The Court has reviewed the complaint and finds that it is deficient because it fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. A complaint "shall contain (1) a short and plain statement of the grounds

upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(a). "[T]he only permissible pleading is a short and plain statement of the claim showing that the pleader is entitled to relief on any legally sustainable grounds." *Blazer v. Black*, 196 F.2d 139, 144 (10th Cir. 1952). The requirements of Rule 8(a) guarantee "that defendants enjoy fair notice of what the claims against them are and the grounds upon which they rest." *TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).

The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Mather fails to allege the statutory basis for her claims. *See* Fed. R. Civ. P. 8(a)(1). She also fails to set forth a short and plain statement of her claims showing that she is entitled to relief. *See* Fed. R. Civ. P. 8(a)(2). Rather than summarizing each claim clearly and succinctly, Ms. Mather makes vague allegations that she is a former employee of High County Health Care and that Defendant Mr. Flint, administrator of her group health plan, failed to satisfy in a timely manner the continuation coverage requirements of the health plan or to notify her of her health benefits available under the Consolidated Omnibus Budget Reconciliation Act (COBRA). She attaches various

exhibits from which she apparently expects the Court to glean additional information on her claims. Ms. Mather's apparent expectation that the Court sift through her allegations and attachments to determine support for her claims is unreasonable. That is not the Court's job. It is Ms. Mather's responsibility to edit and organize her claims and supporting allegations into a manageable format. Neither the Defendant nor the Court is required to do this work for her. Lastly, Ms. Mather's request for relief is deficient. *See* Fed. R. Civ. P. 8(a)(3). She requests prejudgment and postjudgment interest but fails to demand relief upon which the interest could be based.

Ms. Mather's complaint is deficient and subject to dismissal. Although the complaint must be construed liberally, the Court should not assume the role of advocate for the *pro se* litigant. *See Hall*, 935 F.2d at 1110. A complaint must specify, simply and concisely, the specific claims for relief the plaintiff is asserting.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The Court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Ms. Mather should be given an opportunity to file an amended complaint that clarifies the claims for relief he is asserting. Each claim must be supported with specific factual allegations that demonstrate how Defendant violated Ms. Mather's rights. She will be directed to do so below. Accordingly, it is

ORDERED that Ms. Mather file **within thirty (30) days from the date of this order**, an original and a copy of an amended complaint that clarifies the claims for relief

she is asserting. It is

FURTHER ORDERED that the amended complaint shall be titled "Amended Complaint" and shall be filed with the clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Ms. Mather, together with a copy of this order, two copies of the following form to be used intact to submit the amended complaint: Complaint. It is

FURTHER ORDERED that Ms. Mather submit sufficient copies of the amended complaint to serve each named Defendant. It is

FURTHER ORDERED that, if Ms. Mather fails **within thirty (30) days from the date of this order** to file an original and sufficient copies of an amended complaint that complies with this order to the Court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 20 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01599-OES

Rosanna J. Mather
1925 Stevens Gulch Rd
P.O. Box 1617
Paonia, CO 81428

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on 9/20/05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk